IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01219–EWN–OES

TRAVIS NITCHMAN,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, INC.,
a Delaware Corporation,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Leave to Amend Complaint" (#10, filed October 11, 2005) is DENIED as moot.

Dated: November 8, 2005