IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01219–EWN–OES

TRAVIS NITCHMAN,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, INC.,
a Delaware Corporation,

    Defendant.

## ORDER

    This case is before the court on Plaintiff's motion to remand (#11) filed October 28, 2005. The court has considered the motion and response. The motion is not well-taken. Subject matter jurisdiction is determined and measured at the time the case is removed. At that point, there was subject matter jurisdiction based on the parties' diverse citizenship. Plaintiff, having waited, now proposes to join parties whose joinder would destroy diversity. This he may not do. Whether joinder is proper will have to depend upon other rules, but it does not destroy the diversity existing at the time of removal. The motion to remand is therefore DENIED.

    SO ORDERED.

Dated this 14th day of November, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge