IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01219-EWN-OES

TRAVIS NITCHMAN,

Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY, INC., a Delaware corporation,

Defendant(s).

ORDER GRANTING JOINT MOTION
FOR MODIFICATION OF SCHEDULING ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  February 2, 2006

The parties have jointly moved the court to extend the discovery deadlines by ninety days.  They have indicated that this additional period of time is needed in order for plaintiff to reach maximum medical improvement, and for plaintiff's doctors to offer opinions with regard to plaintiff's prognosis.

District Judge Edward W. Nottingham has been consulted, and has approved the request for additional time.  However, the parties are advised that any further requests for additional time will be received with extreme skepticism.

# ORDER

It is therefore ORDERED that the parties' Joint Motion for Modification of Scheduling Order [Doc. 30, filed Jan. 18, 2006] is GRANTED, and the deadlines are hereby extended to the following deadlines:

1. Cutoff for all discovery:             May 15, 2006
2. Deadline for filing dispositive motions:   June 15, 2006
3. Designation of plaintiff's experts:       April 1, 2006
4. Designation of defendant's experts:      May 1, 2006

The preliminary pretrial conference of March 1, 2006, is hereby VACATED and RESET to **April 26, 2006, at 9:15 a.m.**

The settlement conference of May 2, 2006, at 1:30 pm will remain set on that day. If counsel conclude that discussions on that day will not be productive, they are directed to contact this chambers and re-schedule the conference.

Dated this day of February 2, 2006.

BY THE COURT:

s/O. Edward Schlatter
United States Magistrate Judge