IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01219-EWN-MEH

TRAVIS NITCHMAN,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, INC.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 24, 2006.**

For good cause shown, Plaintiff's Second Unopposed Motion for Extension of Expert Disclosure Deadline as to Limited Area [Filed May 15, 2006; Docket #54] is **granted**. The deadline for both parties to disclose experts on this limited area is extended thirty days to June 15, 2006.

It is further ordered that Plaintiff's Joint Motion for Modification of Scheduling Order Extending Discovery Cut-Off [filed May 15, 2006; Docket # 55] is **granted**. The discovery deadline in this case is re-set to June 30, 2006.