IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01219-EWN-MEH

TRAVIS NITCHMAN,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 15, 2006.**

    For good cause shown, Plaintiff's unopposed Motion for Modification of Scheduling Order Extending Discovery Cut-off and for Extension of Expert Disclosure Deadline as to Limited Area [Filed June 12, 2006; Docket #61] is **granted**. The expert disclosure deadline is reset to August 15, 2006, and the discovery deadline as to Plaintiff's potential brain injuries is extended to August 31, 2006. This dispositive motion deadline remains July 15, 2006.