IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01219-EWN-MEH

TRAVIS NITCHMAN,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, INC.,

    Defendant.

## ORDER ON PLAINTIFF'S MOTION TO AMEND

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Unopposed Motion for Modification of Scheduling Order Extending Discovery Cut-off and for Extension of Expert Disclosure Deadline as to Limited Area [Docket #70]. This Court has previously granted extensions to the discovery cutoff in the limited area of Plaintiff's potential brain injury since the matter first came before the Court on April 3, 2006. Here, the parties are concerned that Plaintiff's condition is not stable, and there is a great uncertainty about his future physical and mental health.

In many cases before this Court, future events are certain, and trials often proceed based on assumptions concerning the appropriate amount and type of damages. Having handled several matters in this case, the Court does not believe that in any reasonable amount of time, Plaintiff's future health issues can be determined to a reasonable degree of certainty. Plaintiff contends that he has not improved enough to complete the testing sought. However, in the Court's opinion, it is likely that the need for additional testing will present itself into the foreseeable future. In light of the fact that general discovery ended May 15, 2006, and the dispositive motion deadline was July 15, 2006, the interests of justice require moving this case towards trial.

2

The Court understands the severity of the injuries suffered by Plaintiff but is concerned that these injuries may never be able to be fully evaluated. Justice requires allowing Plaintiff to receive a trial on the merits of his claims, rather than prolonging this case indefinitely, as is quickly becoming the case. Of course, Plaintiff will continue to be treated and tested and evaluated whether discovery proceeds or not. Along those lines, both parties are reminded of their continuing duty to supplement disclosures and/or expert reports.

Accordingly, Plaintiff's Unopposed Motion for Modification of Scheduling Order Extending Discovery Cut-off and for Extension of Expert Disclosure Deadline as to Limited Area [Filed August 14, 2006; Docket #70] is **denied**. However, to avoid manifest injustice to Plaintiff's litigation position, Plaintiff's deadline for designating experts shall be September 18, 2006; the rebuttal expert deadline shall be October 15, 2006; and *all* discovery, expert and fact, shall be completed by November 1, 2006. Although no additional time for filing dispositive motions has been requested and, indeed, a dispositive motion has been filed, the Court must emphasize that this Order does not permit the filing of any additional dispositive motions.

Dated at Denver, Colorado this 25th day of August, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge